IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS REYNALDO JOHNSON,

    Plaintiff,                       No. 2:11-cv-2881 MCE DAD P

    vs.

D. CLAYS et al.,

    Defendants.              <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

         On April 15, 2013, the assigned district judge in this case adopted the undersigned's findings and recommendations in full and dismissed defendants Clays, Harrington, Knipp, and White from this action. Plaintiff filed a notice of appeal and a motion to stay this case pending the appeal. The Clerk of the Court processed plaintiff's appeal, and shortly thereafter the Ninth Circuit Court of Appeals dismissed it because that court lacks jurisdiction to review plaintiff's challenge to an order that is not final or appealable. Under these circumstances, this court will deny plaintiff's motion for a stay pending appeal as moot, and the case will proceed on plaintiff's claims against defendants Baker and Speer.

/////

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion
2  for a stay pending appeal (Doc. No. 32) is denied as moot.
3  DATED: June 4, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john 2881.moot